UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Kimberly Snow,

    Plaintiff,

v.

Utility Workers Union of America, Local 223,

    Defendant.
_____/

Case No. 09-10623

Honorable Nancy G. Edmunds

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's May 17, 2010 Report and Recommendation. [Docket Text # 15.] Being fully advised in the premises and having reviewed the record and the pleadings, including Plaintiff's objections if any, the Court hereby ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendant's Motion for Summary Judgment [Docket Text #12] is GRANTED and the case is hereby DISMISSED.

    SO ORDERED.

                        s/Nancy G. Edmunds
                        Nancy G. Edmunds
                        United States District Judge

Dated: December 9, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 9, 2010, by electronic and/or ordinary mail.

                                          s/Carol A. Hemeyer
                                          Case Manager